JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HANH THI MY DO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCH INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 8:20-cv-02105-SPG (ADSx)<br><br>**JUDGMENT** |

　　　Following the Denial of Plaintiff's Motion for Summary Judgment, on June 8, 2022, the Court ordered that Plaintiff show cause why summary judgment should not be granted in favor of Defendant Arch Insurance Company based on its Opposition to Plaintiff's Motion.

　　　Both parties filed papers responding to the Order to Show Cause, and on August 11, 2022, the Court ruled that summary judgment should be granted in favor of Arch Insurance Company and against Plaintiff.

　　　Based thereon, the Court has ordered that Plaintiff recover nothing, and the action be dismissed with prejudice.

DATED:　August 16, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE